```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X      O R D E R
BRICKLAYERS INSURANCE
& WELFARE FUND,

                    Plaintiff,          CV-06-4785 (DLI)

     -against-

M&R EUROPEAN CONSTRUCTION
& BRANDON REID,

                    Defendants.
---------------------------------X
```

An initial conference will be held in the above-captioned case on December 13, 2006 at 3:00 P.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza East, Brooklyn, New York. In the event the complaint is answered before the above date and you would prefer a conference sooner, of if this case becomes eligible for Arbitration, please contact Magistrate Azrack's chambers at **718-613-2530**. All counsel must be present.

**Plaintiff's counsel is requested to confirm that all necessary participants are aware of this conference**. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

Dated: Brooklyn, New York
       September 5, 2006

                                        _____
                                        JOAN M. AZRACK
                                        UNITED STATES MAGISTRATE JUDGE